[No. 39325-5-II. Division Two. May 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LATOYA MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-02197-1, John P. Wulle, J., entered May 11, 2009. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[Nos. 27580-9-III; 27607-4-III. Division Three. May 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE J. SANDERSON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPHINE T. SANDERSON, *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, No. 07-1-02987-8, Harold D. Clarke III, J., entered November 7, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Schultheis, J. Pro Tem.

[No. 62713-9-I. Division One. May 10, 2010.]

SEATTLE IRON & METALS CORPORATION, *Respondent*, v. LIN XIE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-27492-8, Christopher A. Washington, J., entered November 10, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Schindler, JJ.

[No. 62759-7-I. Division One. May 10, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK W. RATHBUN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03230-2, Jim Rogers, J., entered December 8, 2008. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Grosse and Cox, JJ.